UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:10CV-751-H

DAVID KIMBROUGH                                                                                          PLAINTIFF

V.

MICHAEL ASTRUE
Commissioner of Social Security                                                                  DEFENDANT

**ORDER**

The Court has conducted a *de novo* review of the Magistrate Judge's report in light of the objections thereto and the record as a whole. The Magistrate Judge's report is hereby adopted, and its findings and conclusions are incorporated by reference herein. Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that this case is REMANDED to the Commissioner of Social Security for further administrative proceedings.

The Clerk of Court shall enter a separate judgment as required by Fed.R.Civ.P. 58.

This is a final and appealable order and there is no just cause for delay.

cc:     Counsel of Record